IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

OCTAIVIAN D. REEVES,

    Plaintiff,

v.                               No. 1:25-cv-01292-JDB-jay

FRED MCKINNEY, *et al.*,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
DISMISSING CASE

_____

On December 29, 2025, the pro se Plaintiff, Octaivian D. Reeves, initiated this action against the Defendants, Fred McKinney, Curtis Love, Doc, and Open Arm Ministry, alleging violation of his civil rights under 42 U.S.C. § 1983.  (Docket Entry ("D.E.") 1.)  In accordance with Administrative Order No. 2013-05, this action was referred to the assigned magistrate judge, Jon A. York, for management of all pretrial matters, including screening of the complaint.  In a report and recommendation (the "R&R") entered July 24, 2026, Judge York recommended that the case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.  (D.E. 9.)  No objection to the R&R has been filed, and the time for such objection has expired.  Having reviewed the R&R and the entire record, the Court hereby ADOPTS the R&R and DISMISSES this matter in its entirety.

IT IS SO ORDERED this 13th day of August 2026.

                          s/ J. DANIEL BREEN
                          UNITED STATES DISTRICT JUDGE